**Order filed February 28, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00732-CV
_____

## MARIA MARILYN ALMONTE, Appellant

## V.

## NOB HILL LLC, D/B/A NOB HILL, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1111521**

---

## O R D E R

Appellant's brief was due February 12, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 15, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM